Form 3A
(10/05)

# United States Bankruptcy Court
Northern District Of Illinois

In re  JEFF AND CHERRIE REVELS ,   Case No. 07-71945
                Debtor
                                  Chapter  13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 04    in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50    Check one ☐ With the filing of the petition, or
                      ☐ On or before 9/07/07

   $ 68.50    on or before 10/07/07
   $ 68.50    on or before 11/07/07
   $ 68.50    on or before 12/07/07

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____    Jeff Revels              8-15-07
Signature of Attorney       Date       Signature of Debtor       Date
                                       (In a joint case, both spouses must sign.)

_____              Cherrie Revels            8-15-07
Name of Attorney                       Signature of Joint Debtor (if any)   Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 16 2007

KENNETH S. GARDNER, CLERK
BY_____
    DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

Northern District Of Illinois

In re: JEFF AND CHERRIE REVELS, Debtor

Case No. 07-71945

Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 68.50    Check one ☐ With the filing of the petition, or
                    ☒ On or before  9/07/07

$ 68.50    on or before  10/07/07
$ 68.50    on or before  11/07/07
$ 68.50    on or before  12/07/07

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk of the U.S. Bankruptcy Court

Date: August 16, 2007

United States Bankruptcy Judge